UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| **George Fenn and Wendy Fenn,** | : |
| Plaintiffs, | : Civil Action No.: 3:13-cv-01449-MPS |
| v. | : |
| **Convergent Outsourcing, Inc.; and DOES 1-10, inclusive,** | : |
| Defendant. | : |

_____

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Defendants Convergent Outsourcing, Inc. with prejudice and without costs to any party.

| George Fenn and Wendy Fenn | Convergent Outsourcing, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ John K. Rossman |
| Sergei Lemberg, Esq.<br>LEMBERG LAW LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiffs | John K. Rossman, Esq.<br>MOSS & BARNETT<br>400 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(617) 877-5000<br>Attorney for Defendant |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

**I hereby certify that on March 19, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

By  /s/ Sergei Lemberg
Sergei Lemberg